IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | Criminal No. B-86-0011 |
| RAYMOND EDWARD GILL | : | |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

| | | |
|---|---|---|
| RAYMOND EDWARD GILL | : | |
| vs. | : | Civil No. B-00-556 |
| UNITED STATES OF AMERICA, | : | |

oOo

## ORDER

For the reasons stated in the foregoing Memorandum, it is, this 6TH day of March, 2000, hereby **ORDERED** that:

1. Petitioner's request to vacate or set aside sentence is **Denied as untimely**;

2. The Clerk is directed to mail copies of this Order and the foregoing Memorandum to Petitioner; and

3. The Clerk is directed to close Civil Action No. B-00-556.

Walter E. Black, Jr.
Senior United States District Judge